## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Marlene E. Thrower | CHAPTER 13 |
|        Debtor | |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns | |
|        Movant | NO. 20-22601 CMB |
|    vs. | |
| Marlene E. Thrower | Adversary Case No. 21-02060 CMB |
|        Debtor | |
| Ronda J. Winnecour, Esquire | |
|        Trustee | 11 U.S.C. Section 362 |

### ORDER OF COURT

And on this ____19th____ day of ____August_____, 2021, it is hereby ORDERED that the STIPULATION filed by PNC BANK, NATIONAL ASSOCIATION, on or about August 18, 2021 (Doc. No. 59), is hereby WITHDRAWN.

By the Court,

_____ dmk

FILED
8/19/21 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 20-22601-CMB

Marlene E Thrower                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

**Recip ID**      **Recipient Name and Address**
db      + Marlene E Thrower, PO Box 17083, Pittsburgh, PA 15235-0083

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Albert G. Reese, Jr.

on behalf of Plaintiff Marlene E Thrower areese8897@aol.com
agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.

on behalf of Debtor Marlene E Thrower areese8897@aol.com
agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Andrew L. Spivack

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Christos A. Katsaounis

on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

District/off: 0315-2                          User: dsaw                                    Page 2 of 2
Date Rcvd: Aug 19, 2021                    Form ID: pdf900                          Total Noticed: 1

Jeffrey R. Hunt

    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt

    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt

    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com cnoroski@grblaw.com

Jennifer L. Cerce

    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich

    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maria Miksich

    on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank mmiksich@kmllawgroup.com

Maria Miksich

    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu mmiksich@kmllawgroup.com

Mario J. Hanyon

    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com


TOTAL: 15