# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | MARLENE E THROWER |
| **Case Number:** | 20-22601-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 09, 2021 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

**Matter:**

#27 - Continued Confirmation of Plan Dated 10/16/2020 (NFC)
#50 proof of Payment
#54 Documentary proof of payment
R / M #:  27 / 0

*Mychal Evans for Reese*

**Appearances:**

Debtor:
Trustee: Winnecour / Warmbrodt / Katz / DeSimone

Creditor:

**Proceedings:**

*Jeff Hunt for PWSA & County & Pgh*
*Katsaounis for PA Rev*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _X_ Contested Hearing: **9/14/21** at **1:30 pm**.
10. _____ Other:

*Case is apparently contingent on a 506 avoidance against a 1st mortgage and/or various RE tax liens. Nothing filed. In addition, Trustee received info at $341 meeting that Debtor was paying for a car outside the plan. Not clear on status of that. In any event, without the avoidance litigation case cannot move forward.*

FILED
9/10/21 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

8/30/2021  10:53:16AM