# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

Debtor: MARLENE E THROWER
Case Number: 20-22601-CMB          Chapter: 13
Date / Time / Room: THURSDAY, OCTOBER 14, 2021 10:30 AM   3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

**_Matter:_**

#27 - Continued Confirmation of Plan Dated 10/16/2020
R / M #:  27 / 0

**_Appearances:_**

Debtor:
Trustee: Winnecour /  Warmbrodt /  Katz /  DeSimone

Creditor: Hanyon for Bank ot NY mellon

**_Proceedings:_**  Hunt for PWSA, etc.

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ , effective _____
7. _____ Plan/Motion continued to _____ at _____
8. ___✓___ An Amended Plan is to be served on all creditors and certificate of service filed by __1/14/22__
   Objections are due on or before __1/31/2.__
   A hearing on the Amended Plan is set for __2/17/22__ at __3:00pm__

9. _____ Contested Hearing: _____ at _____
10. _____ Other:

*Amended plan to resolve issues is to be filed by deadline.*

FILED
10/18/21 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

10/6/2021   9:59:35AM