**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE: <br> MARLENE E THROWER <br><br> The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2, <br>     Movant <br><br><br><br> vs. <br><br> MARLENE E THROWER, <br>    Debtor <br><br><br> Ronda J Winnecour <br>     Respondent | Case No. 20-22601-CMB <br> Chapter 13 <br><br><br><br><br> Hearing Date: 4/7/2022 <br><br> Hearing Time: 2:30 pm |

**OBJECTION TO CONFIRMATION**
**OF DEBTOR'S CHAPTER 13 PLAN**

The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan

Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2,

Mortgage-Backed Pass -Through Certificates, Series 2001-2 ("Movant"), by and through its

undersigned counsel, files this *Objection to Confirmation of Debtor's  Chapter 13 Plan* (Doc 72),

and states as follows:

1.     The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy

Code on September 4, 2020.

2.      Movant holds a security interest in the Debtor(s)' real property located at 10212 Pearl Rd, Pittsburgh, PA 15235 (the "Property"), by virtue of a Mortgage which is recorded in Official Records of Allegheny County, Pennsylvania.  Said Mortgage secures a Note in the amount of $41,650.00.

3.      The Debtor filed an Amended Chapter 13 Plan (the "Plan") on January 25, 2022 (Doc 72).

4.      Movant filed a Proof of Claim in this case on October 30, 2020 (Claim No. 4-1) which lists a total debt of $193,881.47.

5.      It should be noted that the parties settled an Adversary Complain filed by the Debtor by Stipulation filed 2/22/2022. As per the Stipulation, the Movant shall have a secured claim of $54,000.00 with interest of 4.50% through the Chapter 13 Plan.

6.      Debtor's Proposed Amended Plan lists the interest rate of 4.25% which does not match the Stipulation filed.

7.      Movant objects to any plan which proposed to pay any less than 4.5% interest as agreed upon in the Stipulation to Settle Adversary.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>MARLENE E THROWER<br><br>The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2,<br>    Movant<br><br><br><br>vs.<br><br>MARLENE E THROWER,<br>    Debtor<br><br><br>Ronda J Winnecour<br>    Respondent | Case No. 20-22601-CMB<br>Chapter 13<br><br><br><br><br>Hearing Date: 4/7/2022<br><br>Hearing Time: 2:30 pm |

## CERTIFICATE OF SERVICE OF  OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

I certify under penalty of perjury that on this day, I served or caused to be served the OBJECTION TO CONFIRMATION OF DEBTOR(S)' CHAPTER 13 PLAN  on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

Via CM/ECF electronic notice:

Law Office of Albert G. Reese, Jr.      Ronda J Winnecour
640 Rodi Road, 2nd Floor, Suite 2      Suite 3250, USX Tower
Pittsburgh, PA 15235      600 Grant Street

*Counsel for Debtor*                           Pittsburgh, PA 15219
                                               *Chapter 13 Trustee*


*Bankruptcy Administrator*

<u>Via First Class Mail</u>:

MARLENE E THROWER                    Ronda J Winnecour
PO BOX 17083                         Suite 3250, USX Tower
PITTSBURGH, PA 15221                 600 Grant Street
*Debtor*                             Pittsburgh, PA 15219
                                     *Chapter 13 Trustee*


      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>March 11, 2022</u>

                                        */s/ Mario Hanyon*
                                        Mario Hanyon
                                        (Bar No. 203993)
                                        Attorney for Creditor
                                        BROCK & SCOTT, PLLC
                                        302 Fellowship Road, Ste 130
                                        Mount Laurel, NJ 08054
                                        Telephone:  844-856-6646 x4560
                                        Facsimile:  704-369-0760
                                        E-Mail:  pabkr@brockandscott.com

**PAWB Local Form 7 (07/13)**