**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 20-20185-CMB |
| | ) | |
| Marlene E. Thrower | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Marlene E. Thrower | ) | |
|    Movant | ) | Claim No.: 4 |
| | ) | |
|    v. | ) | |
| | ) | |
| The Bank of New York Mellon, etal's and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent | ) | |

**DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to The Bank of New York Mellon, etal's Notice of Postpetition Mortgage Fees, Expenses and Charges dated August 9, 2022, the charges for a  for account number ending in **0006** is **$210.00**. The existing Chapter 13 Plan is sufficient to fund the plan with the modified debt.

Dated: **August 17, 2022**

 

Dated: **August 17, 2022**

Respectfully submitted by:
**/s/ Marlene E. Thrower**
**Marlene E. Thrower**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
PA ID #93813
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687(fax)
areese8897@aol.com
Attorney for Debtor