**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Marlene E. Thrower | ) | |
| | ) | **Case No. 20-22601-CMB** |
| | ) | |
| | ) | **Chapter 13** |
| Debtor(s). | ) | |
| _____ | X | |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**     ☐ **Chapter 13 Plan dated:**

☐ **Authorizing Distributions Under Plan**  ☒ **Amended Chapter 13 dated:**
**On Interim Basis Solely as Adequate**  **11-3-22**
**Protection**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $1731 effective 4/2022.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand.  Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect.  To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1.     **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

☐     A.  For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $, beginning . To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

- -

☐     B.  The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐     C.  To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F.  The following utility creditor _____shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒     G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
*City and SD of PGH CL#13
*Allegheny County CL#12
*PWSA CL#5
*Penn Hills SD EIT CL#2
*PA Rev CL#3-2

- -

☐       H.  The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:


☐       I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____


☐       J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

_____


☒       K.  Additional Terms and Conditions:
        *Bank of NY Mellon CL#4-2 to be paid per stip order entered 2-22-22 at doc #33 w/ payment determined by TT
        *Bank of NY Mellon CL#4-2 PPFN in amount of $1085 to be paid through the plan if no timely objection filed
        *Penn Hills SD, Penn Hills Municipality and Penn Hills SD & Penn Hills Municipality to be closed off as nothing is owed
        *Attorney fees based off retainer of $500


**2. <u>Deadlines</u>. The following deadlines are hereby established and apply to this case:**

**A.      Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**B.      Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

**C.      Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

- -

**D.**      **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

**3.**      **Additional Provisions.  The following additional provisions apply in this case:**

**A.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**B.**      The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**      Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed ***secured claim*** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

**G.**      The Debtor(s) shall maintain all policies of insurance on all property of the

- -

Debtor(s) and this estate as required by law and/or contract.

  **H.**  The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: _____12/22/2022_____

_____**dmk**
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk

FILED
12/22/22 1:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- -

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 20-22601-CMB

Marlene E Thrower                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                              Page 1 of 5

Date Rcvd: Dec 22, 2022                 Form ID: pdf900                         Total Noticed: 70

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marlene E Thrower, PO Box 17083, Pittsburgh, PA 15235-0083 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| 15285801 | + | Acceptance Now, 27 51st Street, Pittsburgh, PA 15201-2707 |
| 15285800 | + | Acceptance Now, 451 Clairton Blvd, Pittsburgh, PA 15236-3827 |
| 15285804 | + | Caspian Auto Motors, 3902 Jefferson Davis Hwy, Stafford, VA 22554-4824 |
| 15285807 | + | City of Pittsburgh Dept of Permits,, Licenses & Inspections, 200 Ross Street, Room 320, Pittsburgh, PA 15219-2014 |
| 15285808 | + | Clearvifcu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15285811 | | Department of Revenue, 1846 Brookwood St, Harrisburg, PA 17104 |
| 15285812 | | Donald N. Turner, Esquire, The Bank Towers, Suite 510, 307 Forth Avenue, Pittsburgh, PA 15219 |
| 15285816 | + | Fingerhut, 4400 Baker Road, Minnetonka, MN 55343-8668 |
| 15285817 | | Garnett Khalik c/o, Donald N. Turner, Esq., Suite 510, Pittsburgh, PA 15222 |
| 15285822 | + | JP Morgan Chase Bank, 1665 Palm Beach Lakes, Suite 105, West Palm Beach, FL 33401-2108 |
| 15285821 | + | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15285823 | + | Keystone Collections Group, Penn Hills Real Estate Tax (School), 546 Wendel Road, Irwin, PA 15642-7539 |
| 15285824 | + | Keystone Collections Group, Penn Hills Real Estate Taxes (Mun.), 546 Wendel Road, Irwin, PA 15642-7539 |
| 15285825 | + | Keystone Collections Group, PO Box 505, Pittsburgh, PA 15230-0505 |
| 15285826 | + | Maiello Brungo Maiello, LLP, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15285827 | + | Maiello, Brungo & Maiello, Penn Hills School District, Foxpointe 11, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15285829 | + | Michael P. Malakoff, PC, 437 Grant Street, Suite 200, The Frick Building, Pittsburgh, PA 15219-6012 |
| 15285832 | + | Northeast Credit & C, 960 N Main Ave, Scranton, PA 18508-2126 |
| 15285836 | + | PGH2O, Penn liberty Plaza 1, 1200 Penn Ave, Pittsburgh, PA 15222-4207 |
| 15295296 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15285835 | + | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15285837 | + | Pittsburgh Parking Court, PO Box 640, Pittsburgh, PA 15230-0640 |
| 15285840 | + | Profess Acct, 633 W Wisconsin Av, Milwaukee, WI 53203-1918 |
| 15285843 | + | The Bank of New York Mellon, 500 Grant Street, Pittsburgh, PA 15258-0001 |
| 15305456 | | The Bank of New York Mellon, f/k/a The Bank of New, PHH Mortgage Corporation, Attn: Bankruptcy Department // PO Box 2, West Palm Beach, FL 33416 |
| 15285844 | + | The Hartford #916, 1010 W. Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 15285845 | + | The Hertz Corporation, Dept 1190, PO BOX 121190, Dallas, TX 75312-1190 |
| 15285846 | + | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 15285847 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15285851 | + | Wai Ching Liam c/o, Eric Randolph, Esquire, 1854 Homeville Road, P.O Box 351, Pittsburgh, PA 15230-0351 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | | |
| | | | Dec 22 2022 23:41:00 | City and School District of Pittsburgh, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | | |

District/off: 0315-2  User: auto  Page 2 of 5
Date Rcvd: Dec 22, 2022  Form ID: pdf900  Total Noticed: 70

| Code | | Method/Email | Timestamp | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpwsa@grblaw.com | Dec 22 2022 23:41:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2022 23:41:00 | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15285802 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2022 23:45:36 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15285805 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2022 23:45:27 | Best Buy, PO BOX 78009, Phoenix, AZ 85062 |
| 15285803 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:41:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15285806 | + | Email/Text: ebnjts@grblaw.com | Dec 22 2022 23:45:35 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15312073 | + | Email/Text: ebnjts@grblaw.com | Dec 22 2022 23:41:00 | City and School District of Pittsburgh, Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15288847 | + | Email/Text: bankruptcy@clearviewfcu.org | Dec 22 2022 23:41:00 | City of Pittsburgh & School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15312072 | + | Email/Text: ebnjts@grblaw.com | Dec 22 2022 23:41:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15285809 | + | Email/Text: ebnjts@grblaw.com | Dec 22 2022 23:41:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15285810 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 22 2022 23:41:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15307933 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2022 23:41:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15285813 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2022 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15285814 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2022 23:41:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15285815 | | Email/Text: operationsclerk@easypayfinance.com | Dec 22 2022 23:41:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esq., Bernstein Law Firm, PC, 707 Grant St, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15285818 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:40:00 | Duvera Financial, PO Box 2549, Carlsbad, CA 92018 |
| 15285819 | + | Email/Text: bankruptcy@hsn.net | Dec 22 2022 23:41:00 | Great Lakes Educational Loan Svcs, Inc., PO Box 7860, Madison, WI 53707-7860 |
| 15285820 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2022 23:41:00 | HSN, Inc., 1 HSN Drive, Saint Petersburg, FL 33729-0001 |
| 15285831 | ^ | MEBN | Dec 22 2022 23:41:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15285828 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2022 23:37:36 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15285830 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2022 23:40:00 | Massey, 128 West River Street, Chippewa Falls, WI 54729-2356 |
| 15285833 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 22 2022 23:41:00 | Midland Credit Mgmt In, 8875 Aero Dr, San Diego, CA 92123-2255 |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 70 |

|  |  | Dec 22 2022 23:41:00 | Ocwen Loan Servicing, LLC, PO Box 24738, West Palm Beach, FL 33416-4738 |
|---|---|---|---|
| 15285839 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2022 23:41:00 | PNC Mortgage, Attetion: B6-YM0701-5, PO Box 1820, Dayton, OH 45401 |
| 15307722 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15285834 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15285838 | + Email/Text: ebnpwsa@grblaw.com | Dec 22 2022 23:41:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15307150 | + Email/Text: ebnpwsa@grblaw.com | Dec 22 2022 23:41:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15308922 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2022 23:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15310966 | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2022 23:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15285841 | + Email/Text: Supportservices@receivablesperformance.com | Dec 22 2022 23:41:00 | RPM, 20816 44th Ave W, Lynnwood, WA 98036-7799 |
| 15285842 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 22 2022 23:41:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15285848 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:41:00 | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15285849 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2022 23:40:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15285850 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2022 23:40:00 | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |
| 15285852 | + Email/Text: bnc-bluestem@quantum3group.com | Dec 22 2022 23:41:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 15285853 | + Email/Text: bankruptcynotice@westlakefinancial.com | Dec 22 2022 23:41:00 | Westlake Financial Svc, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Commonwealth of Pennsylvania, Department of Revenu |
| cr |  | PNC BANK, NATIONAL ASSOCIATION |
| cr |  | The Bank of New York Mellon, f/k/a The Bank of New |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15300321 | *+ | Acceptance Now, 451 Clairton Blvd, Pittsburgh, PA 15236-3827 |
| 15300322 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Best Buy, PO BOX 78009, Phoenix, AZ 85062 |
| 15300325 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15300323 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15300324 | *+ | Caspian Auto Motors, 3902 Jefferson Davis Hwy, Stafford, VA 22554-4824 |
| 15300326 | *+ | City and School District of Pittsburgh, Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15300327 | *+ | City of Pittsburgh Dept of Permits,, Licenses & Inspections, 200 Ross Street, Room 320, Pittsburgh, PA 15219-2014 |
| 15300328 | *+ | Clearvifcu, 8805 University Blvd, Moon Township, PA 15108-4212 |

District/off: 0315-2                                          User: auto                                          Page 4 of 5
Date Rcvd: Dec 22, 2022                                   Form ID: pdf900                                   Total Noticed: 70

| | | |
|---|---|---|
| 15300329 | *+ | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15300330 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15300331 | * | Department of Revenue, 1846 Brookwood St, Harrisburg, PA 17104 |
| 15300332 | * | Donald N. Turner, Esquire, The Bank Towers, Suite 510, 307 Forth Avenue, Pittsburgh, PA 15219 |
| 15300333 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15300334 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esq., Bernstein Law Firm, PC, 707 Grant St, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15300335 | *P++ | EASYPAY FINANCE, PO BOX 2549, CARLSBAD CA 92018-2549, address filed with court:, Duvera Financial, PO Box 2549, Carlsbad, CA 92018 |
| 15300336 | *+ | Fingerhut, 4400 Baker Road, Minnetonka, MN 55343-8668 |
| 15300337 | * | Garnett Khalik c/o, Donald N. Turner, Esq., Suite 510, Pittsburgh, PA 15222 |
| 15300338 | * | Great Lakes Educational Loan Svcs, Inc., PO Box 7860, Madison, WI 53707-7860 |
| 15300339 | *+ | HSN, Inc., 1 HSN Drive, Saint Petersburg, FL 33729-0001 |
| 15300341 | *+ | JP Morgan Chase Bank, 1665 Palm Beach Lakes, Suite 105, West Palm Beach, FL 33401-2108 |
| 15300340 | *+ | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15300344 | *+ | Keystone Collections Group, PO Box 505, Pittsburgh, PA 15230-0505 |
| 15300342 | *+ | Keystone Collections Group, Penn Hills Real Estate Tax (School), 546 Wendel Road, Irwin, PA 15642-7539 |
| 15300343 | *+ | Keystone Collections Group, Penn Hills Real Estate Taxes (Mun.), 546 Wendel Road, Irwin, PA 15642-7539 |
| 15300350 | *+ | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15300345 | *+ | Maiello Brungo Maiello, LLP, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15300346 | *+ | Maiello, Brungo & Maiello, Penn Hills School District, Foxpointe 11, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15300347 | *+ | Massey, 128 West River Street, Chippewa Falls, WI 54729-2356 |
| 15300348 | *+ | Michael P. Malakoff, PC, 437 Grant Street, Suite 200, The Frick Building, Pittsburgh, PA 15219-6012 |
| 15300349 | *+ | Midland Credit Mgmt In, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 15300351 | *+ | Northeast Credit & C, 960 N Main Ave, Scranton, PA 18508-2126 |
| 15300352 | *+ | Ocwen Loan Servicing, LLC, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 15300354 | *+ | PGH2O, Penn liberty Plaza 1, 1200 Penn Ave, Pittsburgh, PA 15222-4207 |
| 15300357 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, Attetion: B6-YM0701-5, PO Box 1820, Dayton, OH 45401 |
| 15300353 | *+ | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15300355 | *+ | Pittsburgh Parking Court, PO Box 640, Pittsburgh, PA 15230-0640 |
| 15300356 | *+ | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15300358 | *+ | Profess Acct, 633 W Wisconsin Av, Milwaukee, WI 53203-1918 |
| 15300359 | *+ | RPM, 20816 44th Ave W, Lynnwood, WA 98036-7799 |
| 15300360 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15300361 | *+ | The Bank of New York Mellon, 500 Grant Street, Pittsburgh, PA 15258-0001 |
| 15300362 | *+ | The Hartford #916, 1010 W. Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 15300363 | *+ | The Hertz Corporation, Dept 1190, PO BOX 121190, Dallas, TX 75312-1190 |
| 15300364 | *+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 15300365 | *+ | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15300366 | *+ | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15300367 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15300368 | *+ | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |
| 15300369 | *+ | Wai Ching Liam c/o, Eric Randolph, Esquire, 1854 Homeville Road, P.O Box 351, Pittsburgh, PA 15230-0351 |
| 15300370 | *+ | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 15300371 | *+ | Westlake Financial Svc, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |

TOTAL: 3 Undeliverable, 52 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2                              User: auto                                      Page 5 of 5
Date Rcvd: Dec 22, 2022                     Form ID: pdf900                          Total Noticed: 70

Date: Dec 24, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert G. Reese, Jr. | on behalf of Debtor Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Defendant PNC Mortgage mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 16