| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) | NOTICE OF CHANGE OF ADDRESS |
|---|---|

| Name of Debtor(s):<br><br>Marlene E Thrower | Case Number:<br><br>2:2020-bk-22601 | |
|---|---|---|

| Name of Creditor:<br><br>The Bank of New York Mellon, f/k/a The Bank of New | |
|---|---|

| Name of Current Servicer of account:<br>PHH Mortgage Services | **COURT USE ONLY** |
|---|---|

| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>1 Mortgage Way<br>Mount Laurel, NJ 08054 | **X** Check this box if you are changing the address that notices will go to. |
|---|---|

| Name and address where payments should be sent:<br><br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: SV 19<br>West Palm Beach, FL 33416<br><br>Telephone Number: 800-750-2518 | **X** Check this box if you are changing the address that payments will go to. |
|---|---|

| 1.   **Account Number:  0006** | _ Check this box if the account number has changed. |
|---|---|

| 2.   **Court Claim Number: 4** |
|---|

**3.   Signature:**

**Check the appropriate box.**
    **I am the creditor.**
  X  **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**
    **I am the trustee, or the debtor.**
    **I am a guarantor, surety, endorser, or other codebtor.**

By:    /s/ John Shelley                Date:  02/10/2023
          Authorized Filing Agent for PHH Mortgage Services

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                             **CASE NO.:**   **20-22601**

**Marlene E Thrower**                                  **CHAPTER:**   **13**


**Debtor(s).**

_____ /


## CERTIFICATE OF SERVICE

I hereby certify that on or before February 13, 2023, I served a copy of this Notice and all
attachments upon each of the entities named below by the court's notice of electronic filing or by
placing a copy thereof in an envelope, in the United States Mail with first class mail postage
prepaid, addressed to each of them as follows:

**<u>SERVICE LIST</u>**

*Debtor:*                           *By U.S. Postal Service First Class Mail Postage Prepaid:*

Marlene E Thrower
PO Box 17083
Pittsburgh, PA 15221


*Debtor's Attorney:*                *By CM / ECF Filing:*

Albert G. Reese, Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235


*Trustee:*                          *By CM / ECF Filing:*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219


/s/ John Shelley
_____

InfoEx, LLC
(as authorized agent for PHH Mortgage
Services)