**PROCEEDING MEMO**

**Date:  04/15/2026 10:30 AM**

 **In re:     Marlene E Thrower**

**Bankruptcy No.  20-22601-CMB**
**Chapter:  13**
**Doc. #  115**


**Appearances:  Albert G. Reese, Jr.**
               **Marlene E. Thrower - Debtor**
               **Kate DeSimone**


**Nature of Proceeding:  #115 Continued Hearing Re: Trustee's Motion To Dismiss**


**Additional Pleadings:  #118 Response filed by Debtor**


Per Atty. DeSimone, we are in month 67 of the case. There are many outstanding issues, so the auditor was not able to pin the amount down. She estimates that $17,920 is needed to complete.

Per Atty. Reese, the Debtor made a payment of $6,000 through TFS, and documentation was made on the docket. The Debtor is still short on closing the case out. The Debtor would like additional time. The Debtor is anticipating additional work to make up the balance, a tax return, and pending case to resolve a disputed amount of $2,500.

Per the Debtor, she believes that she will receive her tax return in May.

OUTCOME: The hearing is continued to June 3, 2026 at 11:30AM. If the Debtor has not completed payments, the case will be dismissed.


**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
4/15/26 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 20-22601-CMB

Marlene E Thrower                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

**Recip ID                       Recipient Name and Address**
db                        +   Marlene E Thrower, 10212 Pearl Street, Pittsburgh, PA 15235-1758

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

**Name                                Email Address**

Albert Green Reese, Jr
                              on behalf of Debtor Marlene E Thrower areese8897@aol.com
                              agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Albert Green Reese, Jr
                              on behalf of Plaintiff Marlene E Thrower areese8897@aol.com
                              agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Andrew L. Spivack
                              on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank,
                              National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
                              andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Christos A. Katsaounis
                              on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us,
                              RA-occbankruptcy6@state.pa.us

Eric J Randolph

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: Apr 15, 2026

Form ID: pdf900

Total Noticed: 1

on behalf of Attorney Eric James Randolph erandolph@erandolphlaw.com  ERando6077@aol.com

Jeffrey R. Hunt

on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jennifer L. Cerce

on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck

on behalf of Creditor City and School District of Pittsburgh kebeck@metzlewis.com  btemple@metzlewis.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Maria Miksich

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank,
National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
mmiksich@kmllawgroup.com

Maria Miksich

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maria Miksich

on behalf of Defendant PNC Mortgage mmiksich@kmllawgroup.com

Mario J. Hanyon

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank,
Nationa wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor The Bank Of New York Mellon  F/K/A The Bank Of New York As Successor to JPMorgan Chase Bank,
National Association, As Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank
wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank,
National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 21