## PROCEEDING MEMO

**Date:  06/03/2026 11:30 AM**

**In re:     Marlene E Thrower**

**Bankruptcy No.  20-22601-CMB**
**Chapter:  13**
**Doc. #  115**

**Appearances:  Albert G. Reese, Jr.**
              **Marlene Thrower - Debtor**
              **Ronda Winnecour**
              **Mario Hanyon**

**Nature of Proceeding:  #115 Continued Hearing Re: Trustee's Motion To Dismiss**

**Additional Pleadings:  #118 Response filed by Debtor**

Debtor had made a $6,000 payment, $5,500 payment, and a $2,000 payment. He contacted attorneys for the Chapter 13 Trustee for the amount needed to conclude the Plan, and they said around $12,000. There were two insurance payments from the lender included in the $12,000. The Debtor has had insurance on the property. The Debtor would still be $1,900 short even if she gets a refund regarding those insurance payments. He asks for a continuance.

Atty. Winnecour consents to a continuance. Per Atty. Winnecour, $12,475 is needed to complete the Plan, and the Debtor has paid $82,000 over the course of the case.

Atty. Hanyon consents to a continuance.

OUTCOME: Hearing is continued to July 21, 2026 at 10:30AM.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
6/5/26 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 20-22601-CMB

Marlene E Thrower                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

**Recip ID**           **Recipient Name and Address**
db           + Marlene E Thrower, 10212 Pearl Street, Pittsburgh, PA 15235-1758

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

**Name**           **Email Address**

Albert Green Reese, Jr

    on behalf of Debtor Marlene E Thrower areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Albert Green Reese, Jr

    on behalf of Plaintiff Marlene E Thrower areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Andrew L. Spivack

    on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Christos A. Katsaounis

    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

Eric J Randolph

District/off: 0315-2                               User: auto                                          Page 2 of 2

Date Rcvd: Jun 05, 2026                          Form ID: pdf900                                     Total Noticed: 1

on behalf of Attorney Eric James Randolph erandolph@erandolphlaw.com  ERando6077@aol.com

Jeffrey R. Hunt

on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jennifer L. Cerce

on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck

on behalf of Creditor City and School District of Pittsburgh kebeck@metzlewis.com  btemple@metzlewis.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Maria Miksich

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maria Miksich

on behalf of Defendant PNC Mortgage mmiksich@kmllawgroup.com

Maria Miksich

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank,
National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
mmiksich@kmllawgroup.com

Mario J. Hanyon

on behalf of Creditor The Bank Of New York Mellon  F/K/A The Bank Of New York As Successor to JPMorgan Chase Bank,
National Association, As Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank
wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank,
Nationa wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank,
National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 21