## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARLENE E THROWER

Case No. 20-22601CMB


Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

CITY & SCHOOL DIST OF PITTSBURGH
(RE)*

Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has informed the Trustee that the account has been paid in full.  No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments. **Trustee will not close off the record for this claim until a document removing the claim (e.g., satisfaction of claim, withdrawal of claim, or stipulation) is filed of record in this case.**

   **Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

CITY & SCHOOL DIST OF PITTSBURGH (RE)*      Court claim# 13/Trustee CID# 3
C/O JORDAN TAX SVC
102 RAHWAY RD
MCMURRAY, PA 15317

The Movant further certifies that on 06/16/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

---

**DEBTOR(S):**
MARLENE E THROWER, 10212 PEARL
STREET, PITTSBURGH, PA  15235

**DEBTOR'S COUNSEL:**
ALBERT G REESE JR ESQ, AGR LAW PC,
640 RODI RD 2ND FL - STE 2, PITTSBURGH
PA  15235

**ORIGINAL CREDITOR:**
CITY & SCHOOL DIST OF PITTSBURGH
(RE)*, C/O JORDAN TAX SVC, 102
RAHWAY RD, MCMURRAY, PA  15317

**ORIGINAL CREDITOR'S COUNSEL:**
JEFFREY R HUNT ESQ, GRB LAW, 525
WILLIAM PENN PLACE STE 3110,
PITTSBURGH, PA  15219

**NEW CREDITOR:**