**PROCEEDING MEMO**

**Date:  07/21/2026 10:30 AM**

 **In re:      Marlene E Thrower**

**Bankruptcy No.  20-22601-CMB**
**Chapter:  13**
**Doc. #  115**

**Appearances:  Albert G. Reese, Jr.**
                 **Marlene Thrower - Debtor**
                 **Mario Hanyon**
                 **Kate DeSimone**

**Nature of Proceeding:  #115 Continued Trustee's Motion to Dismiss**

**Additional Pleadings:  #118 Response filed by Debtor**

Per Atty. DeSimone, 68 months have elapsed. The Motion to Dismiss was filed in September 2025, and at that time, $31,650 was necessary to complete the Plan. After a number of continuances and further payments coming in, $12,475 is necessary to complete the Plan. There is no long term continuing debt. There is an outstanding tax return for 2025 which the Trustee's office does not have in its records.

Per Atty. Reese, the Debtor has made two payments, in the amounts of $2,000 and $1,250, since the last time we had a hearing. He does acknowledge the Debtor is still short. The Debtor has a plan to pay the arrears, and she requests more time.

OUTCOME: Hearing is continued to September 16, 2026 at 11:30am. Full payment must be made at that time or the Court will dismiss the case.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
7/21/26 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 20-22601-CMB

Marlene E Thrower                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +  Marlene E Thrower, 10212 Pearl Street, Pittsburgh, PA 15235-1758

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Green Reese, Jr | on behalf of Plaintiff Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Albert Green Reese, Jr | on behalf of Debtor Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Eric J Randolph | |

on behalf of Attorney Eric James Randolph erandolph@erandolphlaw.com ERando6077@aol.com

**Jeffrey R. Hunt**

on behalf of Creditor County of Allegheny jhunt@grblaw.com

**Jeffrey R. Hunt**

on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

**Jennifer L. Cerce**

on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

**Keri P. Ebeck**

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com

**Keri P. Ebeck**

on behalf of Creditor City and School District of Pittsburgh kebeck@metzlewis.com btemple@metzlewis.com

**Maria Miksich**

on behalf of Defendant PNC Mortgage mmiksich@kmllawgroup.com

**Maria Miksich**

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

**Maria Miksich**

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu mmiksich@kmllawgroup.com

**Mario J. Hanyon**

on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank wbecf@brockandscott.com  mario.hanyon@brockandscott.com

**Mario J. Hanyon**

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**Mario J. Hanyon**

on behalf of Creditor The Bank Of New York Mellon  F/K/A The Bank Of New York As Successor to JPMorgan Chase Bank, National Association, As Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**Mario J. Hanyon**

on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com

**Mario J. Hanyon**

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, Nationa wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**Matthew Fissel**

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

**Office of the United States Trustee**

ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour**

cmecf@chapter13trusteewdpa.com

TOTAL: 21