**PROCEEDING MEMO**

**Date:  07/21/2026 10:30 AM**

 **In re:     Marlene E Thrower**

**Bankruptcy No.  20-22601-CMB**
**Chapter:  13**
**Doc. #  136**

**Appearances:  Albert G. Reese, Jr.**
**Marlene Thrower - Debtor**
**Mario Hanyon**
**Kate DeSimone**

**Nature of Proceeding:  #136 Continued Hearing Re: Objection To Proof of Claim No. 4.2 Dated July 5, 2024 Filed By The Bank of New York Mellon, f/k/a The Bank of New PHH Corporation**

**Additional Pleadings:  Doc - Notice of Postpetiton Mortgage Fees, Expenses and Charges (Related to Claim No. 4) filed on 02/10/2026**
**#139 Response filed by The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank National Association, as Indedture Trustee for ABFS Mortgage Loan Truste 2001-2, Mortgage Backed Pass-Through Certificates, Series 2001-2**

Per Atty. Hanyon, there were taxes and insurance accounted for on the notice, and the objection was untimely. He does not believe the Debtor has obtained her own policy.

Per Atty. Reese, they have been working to resolve this. The Debtor did obtain insurance for $580 per month. There was a cramdown on this property. He asks for additional time to see if there is money owed to the Debtor. He believes there would be $2,000 per year owed to the Debtor due to an overpayment on the insurance.

OUTCOME: Hearing is continued to September 16, 2026 at 11:30am. Full payment must be made at that time or the Court will dismiss the case, and the objection will become moot.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
7/21/26 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 20-22601-CMB

Marlene E Thrower                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Marlene E Thrower, 10212 Pearl Street, Pittsburgh, PA 15235-1758

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Albert Green Reese, Jr
     on behalf of Debtor Marlene E Thrower areese8897@aol.com
     agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Albert Green Reese, Jr
     on behalf of Plaintiff Marlene E Thrower areese8897@aol.com
     agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Andrew L. Spivack
     on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
     andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Christos A. Katsaounis
     on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us,
     RA-occbankruptcy6@state.pa.us

Eric J Randolph

on behalf of Attorney Eric James Randolph erandolph@erandolphlaw.com  ERando6077@aol.com

Jeffrey R. Hunt

on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jennifer L. Cerce

on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Keri P. Ebeck

on behalf of Creditor City and School District of Pittsburgh kebeck@metzlewis.com  btemple@metzlewis.com

Maria Miksich

on behalf of Defendant PNC Mortgage mmiksich@kmllawgroup.com

Maria Miksich

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maria Miksich

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank,
National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
mmiksich@kmllawgroup.com

Mario J. Hanyon

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank,
Nationa wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor to JPMorgan Chase Bank,
National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor The Bank Of New York Mellon  F/K/A The Bank Of New York As Successor to JPMorgan Chase Bank,
National Association, As Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank
wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 21