# PROCEEDING MEMO

**Date: 09/16/2026 10:30 AM**
**In re: Marlene E Thrower**

**Bankruptcy No. 20-22601-CMB**
**Chapter: 13**
**Doc. # 115**

**Appearances:** **Albert G. Reese, Jr.**
**Marlene Thrower - Debtor**
**Mario Hanyon**
**Winnecour/ DeSimone/ Warmbrodt/ Sloan**

**Nature of Proceeding: #115 Rescheduled Hearing Re: Trustee's Motion To Dismiss**

**Additional Pleadings: #118 Response filed by Debtor**

Per Attorney DeSimone, 72 month lapsed, amount owed has gone down but trustee still needs more that 6k to complete the case.
Per Attorney Reese, debtor made $1000 payment, bringing balance down to 5k, debtor has two properties in this case, personal residence had windstorm damage and fallen tree, no electricity, has been living at home. Adjuster coming to her home to evaluate damage to residence. House was then vandalized and robbed, police report filed and processed. Allstate will be paying these claims, requests Court give debtor opportunity to wait for payment to use proceeds for plan paydown. Vandalism claim amount is unknown.

OUTCOME: Based upon prior record, case dismissed without prejudice

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
9/16/26 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA