**Form 309**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Marlene E Thrower**<br>*Debtor(s)* | : | Case No. 20−22601−CMB<br>Chapter: 13 |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT**

***AND NOW,*** this ***The 16th of September, 2026,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 20-22601-CMB
Marlene E Thrower Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 6
Date Rcvd: Sep 16, 2026 Form ID: 309 Total Noticed: 73

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marlene E Thrower, 10212 Pearl Street, Pittsburgh, PA 15235-1758 |
| aty | + | Eric James Randolph, Law Office of Eric J. Randolph, 1870A Homeville Road, PO Box 335, West Mifflin, PA 15122-0335 |
| 15285801 | + | Acceptance Now, 27 51st Street, Pittsburgh, PA 15201-2707 |
| 15285800 | + | Acceptance Now, 451 Clairton Blvd, Pittsburgh, PA 15236-3827 |
| 15285804 | + | Caspian Auto Motors, 3902 Jefferson Davis Hwy, Stafford, VA 22554-4824 |
| 15285807 | + | City of Pittsburgh Dept of Permits,, Licenses & Inspections, 200 Ross Street, Room 320, Pittsburgh, PA 15219-2014 |
| 15285808 | + | Clearvifcu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15285811 | | Department of Revenue, 1846 Brookwood St, Harrisburg, PA 17104 |
| 15285812 | | Donald N. Turner, Esquire, The Bank Towers, Suite 510, 307 Forth Avenue, Pittsburgh, PA 15219 |
| 15285816 | + | Fingerhut, 4400 Baker Road, Minnetonka, MN 55343-8684 |
| 15285817 | | Garnett Khalik c/o, Donald N. Turner, Esq., Suite 510, Pittsburgh, PA 15222 |
| 15285822 | + | JP Morgan Chase Bank, 1665 Palm Beach Lakes, Suite 105, West Palm Beach, FL 33401-2108 |
| 15285825 | + | Keystone Collections Group, PO Box 505, Pittsburgh, PA 15230-0505 |
| 15285826 | + | Maiello Brungo Maiello, LLP, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15285827 | + | Maiello, Brungo & Maiello, Penn Hills School District, Foxpointe 11, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15285829 | + | Michael P. Malakoff, PC, 437 Grant Street, Suite 200, The Frick Building, Pittsburgh, PA 15219-6012 |
| 15285832 | + | Northeast Credit & C, 960 N Main Ave, Scranton, PA 18508-2126 |
| 15285836 | + | PGH2O, Penn liberty Plaza 1, 1200 Penn Ave, Pittsburgh, PA 15222-4207 |
| 15285837 | + | Pittsburgh Parking Court, PO Box 640, Pittsburgh, PA 15230-0640 |
| 15285840 | + | Profess Acct, 633 W Wisconsin Av, Milwaukee, WI 53203-1918 |
| 15285843 | + | The Bank of New York Mellon, 500 Grant Street, Pittsburgh, PA 15258-0001 |
| 15305456 | | The Bank of New York Mellon, f/k/a The Bank of New, PHH Mortgage Corporation, Attn: Bankruptcy Department // PO Box 2, West Palm Beach, FL 33416 |
| 15285844 | + | The Hartford #916, 1010 W. Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 15285846 | + | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 15285847 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15285851 | + | Wai Ching Liam c/o, Eric Randolph, Esquire, 1854 Homeville Road, P.O Box 351, Pittsburgh, PA 15230-0351 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 17 2026 00:44:00 | City and School District of Pittsburgh, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 17 2026 00:44:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 17 2026 00:44:00 | PHH MORTGAGE CORPORATION, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Email/Text: jlc@mbm-law.net | Sep 17 2026 00:44:00 | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3, Pittsburgh, PA 15235-4441 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Sep 17 2026 00:44:00 | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 17 2026 00:44:00 | The Bank of New York Mellon, f/k/a The Bank of New, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | + | EDI: AISACG.COM | Sep 17 2026 04:33:00 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15285802 | | EDI: CITICORP | Sep 17 2026 04:33:00 | Best Buy, PO BOX 78009, Phoenix, AZ 85062 |
| 15285805 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2026 00:44:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15285803 | + | EDI: CAPITALONE.COM | Sep 17 2026 04:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15285806 | + | Email/Text: ebnjts@grblaw.com | Sep 17 2026 00:44:00 | City and School District of Pittsburgh, Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15312073 | + | Email/Text: ebnjts@grblaw.com | Sep 17 2026 00:44:00 | City of Pittsburgh & School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 16698037 | + | Email/Text: ebnjts@grblaw.com | Sep 17 2026 00:44:00 | City of Pittsburgh & School District of Pittsburgh, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15288847 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 17 2026 00:45:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15312072 | + | Email/Text: ebnjts@grblaw.com | Sep 17 2026 00:44:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15285809 | + | Email/Text: ebnjts@grblaw.com | Sep 17 2026 00:44:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15285810 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 17 2026 00:45:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15307933 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 17 2026 00:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15285813 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 17 2026 00:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15285814 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 17 2026 00:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esq., Bernstein Law Firm, PC, 707 Grant St, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15285815 | | Email/Text: operationsclerk@easypayfinance.com | Sep 17 2026 00:43:00 | Duvera Financial, PO Box 2549, Carlsbad, CA 92018 |
| 15285818 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 17 2026 00:45:00 | Great Lakes Educational Loan Svcs, Inc., PO Box 7860, Madison, WI 53707-7860 |
| 15285819 | + | Email/Text: bankruptcy@hsn.net | Sep 17 2026 00:45:00 | HSN, Inc., 1 HSN Drive, Saint Petersburg, FL 33729-0001 |

| | | | | |
|---|---|---|---|---|
| 15285820 | | EDI: IRS.COM | Sep 17 2026 04:33:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15285821 | ^ | MEBN | Sep 17 2026 00:39:00 | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15285823 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 17 2026 00:44:00 | Keystone Collections Group, Penn Hills Real Estate Tax (School), 546 Wendel Road, Irwin, PA 15642-7539 |
| 15285824 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 17 2026 00:44:00 | Keystone Collections Group, Penn Hills Real Estate Taxes (Mun.), 546 Wendel Road, Irwin, PA 15642-7539 |
| 15285831 | ^ | MEBN | Sep 17 2026 00:38:16 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15285828 | + | EDI: CBS7AVE | Sep 17 2026 04:33:00 | Massey, 128 West River Street, Chippewa Falls, WI 54729-2356 |
| 15285830 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2026 00:45:00 | Midland Credit Mgmt In, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 15285833 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 17 2026 00:44:00 | Ocwen Loan Servicing, LLC, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 15285839 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2026 00:44:00 | PNC Mortgage, Attetion: B6-YM0701-5, PO Box 1820, Dayton, OH 45401 |
| 15307722 | | EDI: PRA.COM | Sep 17 2026 04:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15295296 | + | Email/Text: jlc@mbm-law.net | Sep 17 2026 00:44:00 | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15285834 | | EDI: PENNDEPTREV | Sep 17 2026 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15285835 | + | Email/Text: ebnpeoples@grblaw.com | Sep 17 2026 00:45:00 | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15285838 | + | Email/Text: ebnpwsa@grblaw.com | Sep 17 2026 00:44:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15307150 | + | Email/Text: ebnpwsa@grblaw.com | Sep 17 2026 00:44:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15308922 | + | EDI: JEFFERSONCAP.COM | Sep 17 2026 04:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15310966 | | EDI: Q3G.COM | Sep 17 2026 04:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15285842 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 17 2026 00:45:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15285845 | ^ | MEBN | Sep 17 2026 00:39:12 | The Hertz Corporation, Dept 1190, PO BOX 121190, Dallas, TX 75312-1190 |
| 15285848 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 17 2026 00:45:00 | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15285849 | + | EDI: VERIZONCOMB.COM | Sep 17 2026 04:33:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15285850 | + | EDI: VERIZONCOMB.COM | Sep 17 2026 04:33:00 | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |
| 15285852 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 17 2026 00:50:42 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint |

| | | | | |
|---|---|---|---|---|
| | | | | Cloud, MN 56303-0820 |
| 15285853 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Sep 17 2026 00:45:00 | Westlake Financial Svc, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | The Bank Of New York Mellon, F/K/A The Bank Of New |
| cr | | The Bank of New York Mellon, f/k/a The Bank of New |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15300321 | *+ | Acceptance Now, 451 Clairton Blvd, Pittsburgh, PA 15236-3827 |
| 15300322 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Best Buy, PO BOX 78009, Phoenix, AZ 85062 |
| 15300325 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15300323 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15300324 | *+ | Caspian Auto Motors, 3902 Jefferson Davis Hwy, Stafford, VA 22554-4824 |
| 15300326 | *+ | City and School District of Pittsburgh, Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15300327 | *+ | City of Pittsburgh Dept of Permits,, Licenses & Inspections, 200 Ross Street, Room 320, Pittsburgh, PA 15219-2014 |
| 15300328 | *+ | Clearvifcu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15300329 | *+ | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15300330 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15300331 | * | Department of Revenue, 1846 Brookwood St, Harrisburg, PA 17104 |
| 15300332 | * | Donald N. Turner, Esquire, The Bank Towers, Suite 510, 307 Forth Avenue, Pittsburgh, PA 15219 |
| 15300333 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15300334 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esq., Bernstein Law Firm, PC, 707 Grant St, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15300335 | *P++ | EASYPAY FINANCE, PO BOX 2549, CARLSBAD CA 92018-2549, address filed with court:, Duvera Financial, PO Box 2549, Carlsbad, CA 92018 |
| 15300336 | *+ | Fingerhut, 4400 Baker Road, Minnetonka, MN 55343-8684 |
| 15300337 | * | Garnett Khalik c/o, Donald N. Turner, Esq., Suite 510, Pittsburgh, PA 15222 |
| 15300338 | * | Great Lakes Educational Loan Svcs, Inc., PO Box 7860, Madison, WI 53707-7860 |
| 15300339 | *+ | HSN, Inc., 1 HSN Drive, Saint Petersburg, FL 33729-0001 |
| 15300341 | *+ | JP Morgan Chase Bank, 1665 Palm Beach Lakes, Suite 105, West Palm Beach, FL 33401-2108 |
| 15300340 | *+ | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15300344 | *+ | Keystone Collections Group, PO Box 505, Pittsburgh, PA 15230-0505 |
| 15300342 | *+ | Keystone Collections Group, Penn Hills Real Estate Tax (School), 546 Wendel Road, Irwin, PA 15642-7539 |
| 15300343 | *+ | Keystone Collections Group, Penn Hills Real Estate Taxes (Mun.), 546 Wendel Road, Irwin, PA 15642-7539 |
| 15300350 | *+ | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15300345 | *+ | Maiello Brungo Maiello, LLP, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15300346 | *+ | Maiello, Brungo & Maiello, Penn Hills School District, Foxpointe 11, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15300347 | *+ | Massey, 128 West River Street, Chippewa Falls, WI 54729-2356 |
| 15300348 | *+ | Michael P. Malakoff, PC, 437 Grant Street, Suite 200, The Frick Building, Pittsburgh, PA 15219-6012 |
| 15300349 | *+ | Midland Credit Mgmt In, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 15300351 | *+ | Northeast Credit & C, 960 N Main Ave, Scranton, PA 18508-2126 |
| 15300352 | *+ | Ocwen Loan Servicing, LLC, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 15300354 | *+ | PGH2O, Penn liberty Plaza 1, 1200 Penn Ave, Pittsburgh, PA 15222-4207 |
| 15300357 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, Attetion: B6-YM0701-5, PO Box 1820, Dayton, OH 45401 |
| 15300353 | *+ | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15300355 | *+ | Pittsburgh Parking Court, PO Box 640, Pittsburgh, PA 15230-0640 |
| 15300356 | *+ | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15300358 | *+ | Profess Acct, 633 W Wisconsin Av, Milwaukee, WI 53203-1918 |
| 15300359 | *+ | RPM, 20816 44th Ave W, Lynnwood, WA 98036-7799 |
| 15300360 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15300361 | *+ | The Bank of New York Mellon, 500 Grant Street, Pittsburgh, PA 15258-0001 |

| | | |
|---|---|---|
| 15300362 | *+ | The Hartford #916, 1010 W. Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 15300363 | *+ | The Hertz Corporation, Dept 1190, PO BOX 121190, Dallas, TX 75312-1190 |
| 15300364 | *+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 15300365 | *+ | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15300366 | *+ | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15300367 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15300368 | *+ | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |
| 15300369 | *+ | Wai Ching Liam c/o, Eric Randolph, Esquire, 1854 Homeville Road, P.O Box 351, Pittsburgh, PA 15230-0351 |
| 15300370 | *+ | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 15300371 | *+ | Westlake Financial Svc, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |
| 15285841 | ##+ | RPM, 20816 44th Ave W, Lynnwood, WA 98036-7799 |

TOTAL: 4 Undeliverable, 52 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Green Reese, Jr | on behalf of Plaintiff Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com;annice@agrlawpc.com |
| Albert Green Reese, Jr | on behalf of Debtor Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com;annice@agrlawpc.com |
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Eric J Randolph | on behalf of Attorney Eric James Randolph erandolph@erandolphlaw.com ERando6077@aol.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Keri P. Ebeck | on behalf of Creditor City and School District of Pittsburgh kebeck@metzlewis.com btemple@metzlewis.com |
| Maria Miksich | |

| | |
|---|---|
| | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Defendant PNC Mortgage mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, Nationa wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York As Successor to JPMorgan Chase Bank, National Association, As Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 21