**PROCEEDING MEMO**

**Date: 09/16/2026 10:30 AM**

**In re: Marlene E Thrower**

**Bankruptcy No. 20-22601-CMB**
**Chapter: 13**
**Doc. # 136**

**Appearances: Albert G. Reese, Jr.**
**Marlene Thrower - Debtor**
**Mario Hanyon**
**Winnecour/ DeSimone/ Warmbrodt/ Sloan**

**Nature of Proceeding: #136 Rescheduled Hearing Re: Objection To Proof of Claim No. 4.2 Dated July 5, 2024 Filed By The Bank of New York Mellon, f/k/a The Bank of New PHH Corporation**

**Additional Pleadings: Doc - Notice of Postpetition Mortgage Fees, Expenses and Charges (Related to Claim No. 4) filed on 02/10/2026**
**#139 Response filed by The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank National Association, as Indenture Trustee for ABFS Mortgage Loan Truste 2001-2, Mortgage Backed Pass-Through Certificates, Series 2001-2**

Per Attorney Reese, requests to withdraw objection

OUTCOME: Withdraw granted

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
9/16/26 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-22601-CMB

Marlene E Thrower Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2

Date Rcvd: Sep 16, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marlene E Thrower, 10212 Pearl Street, Pittsburgh, PA 15235-1758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Green Reese, Jr | on behalf of Debtor Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com;annice@agrlawpc.com |
| Albert Green Reese, Jr | on behalf of Plaintiff Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com;annice@agrlawpc.com |
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |

Eric J Randolph
on behalf of Attorney Eric James Randolph erandolph@erandolphlaw.com ERando6077@aol.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
on behalf of Creditor City and School District of Pittsburgh kebeck@metzlewis.com btemple@metzlewis.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maria Miksich
on behalf of Defendant PNC Mortgage mmiksich@kmllawgroup.com

Maria Miksich
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York As Successor to JPMorgan Chase Bank, National Association, As Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, Nationa wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew Fissel
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 21