**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-22601-JAD |
| | ) | |
| Marlene E. Thrower | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Related to Doc. No. 170 |
| Marlene E. Thrower | ) | |
| Movant | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent | ) | |

**ORDER OF COURT**

**AND NOW**, this 1st day of October, 2026, upon full consideration of the evidence before me, it is **ORDERED, ADJUDGED**, and **DECREED** that the Debtor's Motion to Reconsider is hereby **GRANTED**. The Order of Court dismissing Debtor's Case at Docket No. 166 is **VACATED.**

sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
10/1/26 7:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Marlene E Thrower
Debtor

Case No. 20-22601-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Oct 01, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marlene E Thrower, 10212 Pearl Street, Pittsburgh, PA 15235-1758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Green Reese, Jr | on behalf of Debtor Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com;annice@agrlawpc.com |
| Albert Green Reese, Jr | on behalf of Plaintiff Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com;annice@agrlawpc.com |
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |

Eric J Randolph
on behalf of Attorney Eric James Randolph erandolph@erandolphlaw.com ERando6077@aol.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
on behalf of Creditor City and School District of Pittsburgh kebeck@metzlewis.com btemple@metzlewis.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com

Maria Miksich
on behalf of Defendant PNC Mortgage mmiksich@kmllawgroup.com

Maria Miksich
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu mmiksich@kmllawgroup.com

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, Nationa wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York As Successor to JPMorgan Chase Bank, National Association, As Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew Fissel
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 21